# EXHIBIT A

State Court of Fulton County
**E-FILED**
24EV003306
4/17/2024 2:53 PM
Donald Talley, Clerk
Civil Division

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of FULTON County

**For Clerk Use Only**

Date Filed ____________ MM-DD-YYYY    Case Number ____________

**Plaintiff(s)**
MONROE, RODERICK
Last First Middle I. Suffix Prefix
Last First Middle I. Suffix Prefix
Last First Middle I. Suffix Prefix
Last First Middle I. Suffix Prefix

**Defendant(s)**
TARGET CORPORATION
Last First Middle I. Suffix Prefix
Last First Middle I. Suffix Prefix
Last First Middle I. Suffix Prefix
Last First Middle I. Suffix Prefix

Plaintiff's Attorney Michael D.Hoffer    Bar Number 359493    Self-Represented ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

____________ Case Number    ____________ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. ____________ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

____________

Version 1.1.18

State Court of Fulton County
**E-FILED**
24EV003306
4/17/2024 2:53 PM
Donald Talley, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
**Civil Division**

**CIVIL ACTION FILE #:** ______________________

RODERICK MONROE
______________________
______________________
Plaintiff's Name, Address, City, State, Zip Code

vs.

TARGET CORPORATION
______________________
______________________
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
| --- | --- |
| [ ] ACCOUNT | PRINCIPAL $ ______ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $ ______ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $ ______ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ ______ |
| [ ] SPECIAL LIEN | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. ______ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Michael D. Hoffer
Address: 3190 N.E. Expressway, #430
City, State, Zip Code: Chamblee, Georgia 30341 Phone No.: 404-260-6330

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Donald Talley, Chief Clerk (electronic signature)

---

***SERVICE INFORMATION:***
Served, this _____ day of ______________, 20____.

______________________
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for ______________________________________________
______________________________________________

This ________ day of ______________, 20____. ______________________ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
24EV003306
4/17/2024 2:53 PM
Donald Talley, Clerk
Civil Division

**IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA**

| | | |
|---|---|---|
| **RODERICK MONROE,** | ) | |
| **Plaintiff,** | ) | **Civil File No.________** |
| **vs.** | ) | **(Served with Discovery)** |
| **TARGET CORPORATION,** | ) | |
| **Defendant.** | ) | **DEMAND FOR JURY TRIAL** |

**COMPLAINT FOR PERSONAL INJURIES**

NOW COMES RODERICK MONROE ("Plaintiff") and files this Complaint for Personal injury against Target Corporation ("Target" or "Defendant"), and shows this Court the following facts and circumstances in support of this Complaint:

**PARTIES AND JURISDICTION**

1.

Target is a Minnesota corporation subject to the jurisdiction of this Court and, pursuant to O.C.G.A. § 9-11-4(e)(1), can be served with a Summons and Complaint for Personal Injuries, Request for Interrogatories, Request for Production of Documents and Request for Admissions by delivery of the same to its registered agent, C T Corporation System, 289 S. Culver St, Lawrenceville, Gwinnett County, Georgia, 30046-4805.

2.

Target owns, operates, manages, and maintains its Store #1197, 3535 Peachtree Rd NE, Atlanta, Fulton County, Georgia 30326-3287 (the "Store" or "Target Store"). A such, Target has an office and transacts business in Fulton County, and Fulton County is a proper venue for this action pursuant to O.C.G.A. 14-2-510.

3.

Jurisdiction and Venue are appropriate in this Court.

**BACKGROUND**

4.

On September 5, 2022, Plaintiff was an invitee at Target Store # 1197. While on Target's premises as an invitee, Plaintiff slipped and fell from water on the floor which had leaked out of the soda machine and in the presence of Target employees.

5.

At all times relevant, Target owned and operated Target Store #1197.

6.

At all times relevant, Target, as well as its employees, had a duty to ensure the premises and approaches were safe for an invitee like Plaintiff.

7.

Under Georgia law, "where an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." O.C.G.A. § 51-3-1.

8.

Defendant had a non-delegable duty to maintain safe premises to the Plaintiff, and Defendant breached this duty.

**NEGLIGENCE**

9.

Defendant had actual and/or constructive knowledge of the hazardous substance on the floor.

10.

There were no cones or other warnings in the area at the time of the fall.

11.

Defendant was negligent in failing to properly inspect the area where the fall occurred, in failing to remove the hazard from the floor, in failing to take adequate measures to protect invitees like Plaintiff from substances on the floor, and in failing to keep premises safe for invitees like Plaintiff.

12.

At all times relevant to this action, the individuals responsible for inspecting, cleaning, and maintaining the area where Plaintiff fell were employed by Defendant and were acting within the scope of their employment.

13.

Defendant is responsible for the conduct of these individuals under the doctrine of *respondeat superior*, agency or apparent agency.

14.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning, maintenance were performed on the premises, and in failing to train their employees concerning safety procedures for inspection, cleaning and maintaining the premises.

15.

Defendant was negligent in training and supervising their staff.

16.

Plaintiff lacked knowledge of the hazard despite his exercise of ordinary care.

17.

As a direct result of Defendant's negligent conduct, Plaintiff incurred objective injuries requiring imaging, injection treatment, and follow-up therapy.

18.

Plaintiff has incurred medical treatment expenses and lost wages in an amount in excess of $35,000.00 as a result of this incident.

19.

WHEREFORE, Plaintiff respectfully demands trial by a fair and impartial jury on all issues and for the following:

(a) That Defendant be found liable for recklessness, carelessness, negligence, and negligence *per se;*

(b) That Plaintiff be awarded an amount for special damages in excess of $35,000.00 for said recklessness, carelessness, negligence, and negligence *per se* of Defendants, pursuant to O.C.G.A. § 51-12-1 *et seq*;

(c) The Plaintiff be awarded an amount for general damages to be proven at trial for said recklessness, carelessness, negligence, and negligence *per se* of Defendants, pursuant to O.C.G.A. § 51-12-1 *et seq;*

(d) That Plaintiff be granted a trial by jury;

(e) That Plaintiff be awarded any and all additional relief that this Honorable Court deems just, proper, and reasonable.

*(Signature on Following Page)*

Respectfully submitted, this 17th day of April 2024.

HOFFER TRIAL LAWYERS, LLC

MICHAEL D. HOFFER
Georgia Bar No. 359493
*Counsel for Plaintiff*

3190 Northeast Expressway
The Berkman Building, Suite 430
Chamblee, Georgia 30341
(404) 260-6330 Office
(404) 260-6191 Direct / Fax
mhoffer@hoffertriallawyers.com